```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NORTH CHINA SHIPPING CO., LTD.,     :
                                    :
                    Plaintiff,      :   ECF
                                    :   RULE 7.1 STATEMENT
           -against-                :
                                    :   07 CV 439
GUANGXI WANXIN INTERNATIONAL        :
TRADING CO., LTD.,                  :
                                    :
                    Defendant.      :
------------------------------------x
```

JUDGE LEISURE

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, NORTH CHINA SHIPPING CO., LTD., (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         January 19, 2007

                       CARDILLO & CORBETT
                       Attorneys for Plaintiff
                       NORTH CHINA SHIPPING CO., LTD.

                       By: _____
                           James P. Rau (JR 7209)

                       Office and P.O. Address
                       29 Broadway, Suite 1710
                       New York, New York 10006
                       Tel: (212) 344-0464
                       Fax: (212) 797-1212

RECEIVED JAN 19 2007 U.S.D.C. S.D.N.Y. CASHIERS