UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
NORTH CHINA SHIPPING CO., LTD.,

      Plaintiff,

  -against-

GUANGXI WANXIN INTERNATIONAL
TRADING CO., LTD.,

      Defendant.
------------------------------x

ECF

ORDER APPOINTING
PERSON TO SERVE
PROCESS
07 Civ. 439 (PKL)

  Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

  Upon reading the Affidavit of James P. Rau, sworn to January 19, 2007, and good cause having been shown,

  IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
   January 22, 2007

              _____
              United States District Judge

MICROFILM JAN 22 2007 -12:00 PM