UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

------------------------------------x

NORTH CHINA SHIPPING CO., LTD.,      :

                          Plaintiff, :      ECF

                                     :      SUPPLEMENTAL
         -against-                   :      ORDER APPOINTING
                                     :      PERSON TO SERVE
                                     :      PROCESS
GUANGXI WANXIN INTERNATIONAL         :      07 Civ. 439 (PKL)
TRADING CO., LTD. and UNION          :
MINERALS LTD.,                       :
                                     :
                          Defendants.:
------------------------------------x

        Upon motion of the Plaintiff for an order appointing

Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto,

James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any

other partner, associate, paralegal or other agent of Cardillo

& Corbett to serve the Verified Complaint, Process of Maritime

Attachment and Garnishment, Interrogatories and other process

in this action, and

        Upon reading the Affidavit of James P. Rau, sworn to

April 4, 2007, and good cause having been shown,

        IT IS ORDERED that Robert V. Corbett, Christophil B.

Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara,

Enmanuel O. Suarez, or any other partner, associate, paralegal

or other agent of Cardillo & Corbett be and is hereby

appointed to serve the Verified Complaint, Process of Maritime

Attachment and Garnishment, Interrogatories and other process

upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        April 5 , 2007

                                    _____
                                    United State District Judge